Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
24301 Southland Dr. #200
Hayward, Ca 94540-5004
Telephone: (510) 266-5580
Fax:(510) 266-5589

**FILED**
OCT 3 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

**RECEIVED**
OCT 6 2011
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: ANN JOHNSON

Debtor(s)

Case No: 08-42780 EDJ13

Chapter 13

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $353.50 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amount |
|---|---|---|---|
| 08-42780 EDJ13 | ANN M. JOHNSON<br>2401 – 64TH AVENUE<br>OAKLAND, CA 94605 | $ DEBTOR | $ 353.50 |
| | Total Unclaimed Dividends | | $ 353.50 |

Dated: September 30, 2011

*Martha G Bronitsky* (signature)
Martha G. Bronitsky, Chapter 13 Trustee